# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Freddie Herndon

                              Plaintiff,

v.                                                             Case No.: 1:17–cv–04732

                                                                 Honorable Edmond E. Chang

Casaccio Brothers, Inc, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 18, 2017:

       MINUTE entry before the Honorable Edmond E. Chang: Plaintiff's motion [23] to voluntarily dismiss is granted. The motion functions as a voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i), so the case is dismissed without prejudice, both sides to bear its own fees and costs. Status hearing of 11/16/2017 is vacated. The defense motion [19] to dismiss is terminated as moot. Civil case terminated.Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.